UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                    CASE NO.: 3:17-bk-2961-JAF
GANESH ARORA
SHIWANI ARORA                             Chapter 11
      Debtor(s).

_____/

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF FLORIDA

COUNTY OF DUVAL

BEFORE ME, the undersigned authority, personally appeared TAYLOR J. KING, who being duly sworn, deposes and says:

1. I, TAYLOR J. KING, am an attorney-at-law duly licensed to practice in the State and admitted to practice before the United States Bankruptcy Court for the Middle District of Florida and the United States District Court for the Middle District of Florida.

2. The undersigned attorney maintains his office at 5452 Arlington Expressway, Jacksonville, Florida 32211. I am an attorney with the Law Offices of Mickler & Mickler, LLP (the "Firm").

3. To the best of my knowledge, I am not a creditor, an equity security holder or an insider as provided in Section 101(14)(a); I am not and was not a director, officer, employee of the Debtor as provided in Section 101(14)(b); I have no interests materially adverse to the Debtor as set forth in Section 101(14)(c).

4. To the best of my knowledge, I am a disinterested person.

5. The Firm received a retainer of $6,500 paid by Atlantis Health Systems pre-

petition ($4,678 attorney fees, $1,717 chapter 11 filing fee, $35 credit counseling fee, and $70 credit report fee).

6. The Firm has agreed to bill against the retainer of $4,678 at the following rates:

    a. $250 per hour - Taylor J. King.

    b. $300 per hour – Bryan K. Mickler.

_____
TAYLOR J. KING

Sworn to and subscribed before me
this _15_ day of _August_, 2017

_____
Notary Public, State of Florida
My Commission Expires:



CAROLYNN F. MICKLER
MY COMMISSION # FF936121
EXPIRES: January 01, 2020